# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE PEZAK, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MIRAMED REVENUE GROUP, LLC )<br>)<br>)<br>Defendant )<br>) | Case No.: 2:13-cv-3691-PBT |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: August 14, 2013

BY: */s/Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff